IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID BAUER,

    Plaintiff,

v.                                                No. 25-cv-0007 JCH/KBM

CENTRAL ARIZONA FLORENCE
CORRECTIONAL COMPLEX,

    Defendant.

**ORDER TO SHOW CAUSE**

This matter is before the Court on Plaintiff's *pro se* Letter-Pleading Regarding Civil Rights Claims, filed January 3, 2025. (Doc. 1). It appears Plaintiff seeks to be transferred out of pretrial detention in Arizona. *See* (Doc. 1) at 1. The Court notes that on May 1, 2025, Plaintiff was sentenced in Case No. 1:23-CR-464 WJ, with a recommendation to transport Plaintiff to a medical facility based on his serious health condition. *See* (Doc. 154), filed in Case No. 1:23-CR-464 WJ. Accordingly, it appears the requested relief is unavailable and Plaintiff "no longer suffers a redressable injury." *See Jordan v. Sosa*, 654 F.3d 1012, 1027 (10th Cir. 2011) (where the prisoner's "claims for . . . injunctive relief relate solely to the conditions of confinement at the penal institution at which the prisoner is no longer incarcerated, courts . . . are unable to provide the prisoner with effective relief," and the pleading is moot). Within thirty (30) days of entry of this Order, Plaintiff shall file a response showing cause, if any, why the Letter-Pleading is not moot.

In addition, mailings to Plaintiff have been returned as undeliverable. *See* (Docs. 2, 3). Plaintiff has not advised the Clerk of his new address, as D.N.M. LR-Civ. 83.6 requires. *See*

D.N.M. LR-Civ. 83.6 ("All … parties appearing pro se have a continuing duty to notify the Clerk, in writing, of any change in their … mailing addresses."). Plaintiff must also confirm his address in writing within (30) days of entry of this Order. All filings by Plaintiff should include the case number (25-cv-0007 JCH/KBM), and mailing envelopes should be labeled as Legal Mail and include the inmate number. Failure to timely comply with each directive above may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must: (1) show cause why his claims should not be dismissed as moot; and (2) notify the Clerk in writing regarding his current address.

_____
UNITED STATES MAGISTRATE JUDGE